# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Green Jacket Contractors, LLC ) ASBCA No. 58624
)
Under Contract No. FA6670-10-C-0001 )

APPEARANCES FOR THE APPELLANT: Brian R. Dugdale, Esq.
Lewis J. Baker, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
McLean, VA

APPEARANCES FOR THE GOVERNMENT: Col Jennifer L. Martin, USAF
Air Force Chief Trial Attorney
Maj Donald N. Bugg, USAF
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58624, Appeal of Green Jacket Contractors, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals